UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-30051-01 |
| VERSUS | JUDGE ROBERT G. JAMES |
| REBA DALE MOODY | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 24], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant's Motion to Suppress Evidence [Doc. No. 12] is DENIED.

MONROE, LOUISIANA, this 17th day of May, 2007.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE